**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RICARDO PITTMAN, JR.,** Plaintiff, | **CASE NO.: 1:22-cv-01433** |
| VS. | THE HONORABLE: **RONALD A. GUZMAN** |
| | MAGISTRATE JUDGE **SUSAN E. COX** |
| **UNITED STATES POSTAL SERVICE,** and its postmaster general, **LOUIS DEJOY** in his official capacity; **TEMEKA LEWIS** in her official capacity as supervisor agent for the United States postal Service Office, Defendants. | **TRIAL BY JURY DEMAND** |

FILED
SEP 20 2022 ec
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

**Now comes** Plaintiff, **Ricardo Pittman, Jr.,** by and acting **pro-se**, for the reasons set forth in the Memorandum of Law in Support of his Motion for entry of Default Judgment filed contemporaneously with the motion for default judgment against each Defendants, "United States Postal Service, failure to answer or respond" "LOUIS DEJOY Postmaster General failure to answer or respond" "TEMEKA LEWIS Supervisor agent for the United States Postal Service Office for failure to answer or respond" to the complaint filed against them June 2, 2022, Federal Rule Of Civil Procedure **12 (A) (2) (3).** moves this Honorable court to enter an order granting Plaintiff motion for default judgment against each Defendants, United States Postal Service failure to answer or respond to the complaint. LOUIS DEJOY refused to answer or respond to the complaint. TEMEKA LEWIS refused to answer or respond to complaint pursuant to Federal Rules of Civil Procedure, **55(b)(2), 28 U.S.C.A.,** in that, it does not prohibit this court from granting Plaintiff motion for default against each defendants pursuant to 55(b)(2), and schedule this matter for prove-up Plaintiff's damages and entry in injunctive relief and all other damages and relief prayed for in Plaintiff's complaint and stated the following reasons:

## I. JURISDICTION

1. On June 2, 2022 Plaintiff **Ricardo Pittman, Jr.,** filed his **IV** counts complaint at law in the United States District Court for the Northern District of Illinois, Eastern Division: the Honorable **Ronald A. Guzman**. The United States Constitution applied to the stated by the **14th** Amendment. Jurisdiction exists in the court under **28 U.S.C.A.** Section **1331, 1343(3), 1343(4)** and **1367(a)** including the judicial improvements act of **1990**. Plaintiff invokes the supplementary jurisdiction of the Federal counts to hear and decide claim arising under State Law claims.

2. Venue is proper pursuant to 28 U.S.C.A. Section **1391(b)** as the parties are citizens of different States the underlying lawsuit occurred in Cook County filed in Chicago, Illinois within the United States District Court for the Northern District of Illinois, Eastern Division.

## II. FACTUAL ALLEGATIONS

3. Plaintiff's commenced this action by filing this complaint against Defendants, United States Postal Service, LOUIS DEJOY and TEMEKA LEWIS Plaintiff filed this complaint with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

4. Defendant, United States Postal Service was served with summons and complaint on April 13, 2022 by certified mail and the service was accepted by Defendant at this address 475 Enfant Plaza, Washington, D.C., defendant "United States Postal Service." Defendant due to answer or respond to complaint June 14, 2022, defendant was served at this address and Service was accepted by defendant at this address 475 Enfant Plaza S.W., Washington, D.C. See, Attached hereto as EXHIBIT **"A"** Copies of proof of service **1 0f 4** and incorporated herein by reference.

5. Defendant, "LOUIS DEJOY, Postmaster General" was served with summons and complaint April 13, 2022 by certified mail, and the service was accepted by defendant, "LOUIS DEJOY." At this Address 475 Enfant Plaza, Washington, D.C. Deadlines due to answer or respond to complaint June 14, 2022, defendant was served at this address 475 Enfant Plaza S.W., Washington, D.C. See, Attached hereto as EXHIBIT **"B"** Copies of proof of service **1of 4** and incorporated herein by reference.

6. Plaintiff's filed this complaint with the Clerk of the United States District Court , against each Defendant, "TEMEKA LEWIS, Supervisor-agent for the United States Postal Service Office" defendant was properly served with summons and complaint May 21, 2022 by certified mail, and the service was accepted by Defendant, TEMEKA LEWIS at this address 9359 South Kedzie Avenue, Evergreen Park, Illinois 60805 TEMEKA LEWIS failure to answer or respond to complaint. The answer due July 21, 2022, See, attached hereto as EXHIBIT **"C"** copies of proof of service **1 0f 3** and incorporated herein by reference. See, attached hereto as EXHIBIT **"D"** incorporated with Exhibit **"C"** copies **1 of 3.**

7. Plaintiff properly served each defendants with process of summons and complaint by certified mail. Defendant employee TEMEKA LEWIS signed the green card and sent back to plaintiff. The service of process was accepted at this address 9359 South Kedzie Avenue, Evergreen Park, Illinois 60805 The United States Postal Service sent the green card signed by defendant, LEWIS and sent back to Plaintiff's.

8. Each defendants in violation of Federal Rules of Civil Procedure, **55 (b)(2)**. Because each defendants was served properly but refused to answer.

## III. CONCLUSION

**Wherefore,** Plaintiff, Ricardo Pittman, Jr. prays that this Honorable Court enter an order for default judgment against each defendants, United States Postal Service Office, LOUIS DEJOY and TEMEKA LEWIS. Alternatively, plaintiff Ricardo Pittman, Jr., prays that this Honorable court enter an order granting plaintiff amount prays for in his complaint. Further ordering defendants to pay all cost and prejudgment interest on the amount requested.

Respectfully Submitted
**Ricardo Pittman, Jr.**

**Ricardo Pittman, Jr.**
Plaintiff Acting pro-se

**Ricardo Pittman, Jr.**
9208 South Kedzie Avenue
Apartment BE
Evergreen Park, Illinois 60805
(630) 235-8209



LOOP CLARK STREET
211 S CLARK ST
CHICAGO, IL 60604-9998
(800)275-8777

04/04/2022 04:10 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.58 |
| Chicago, IL 60690 | | | |
| Weight: 0 lb 0.30 oz | | | |
| Estimated Delivery Date | | | |
| Wed 04/06/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| [illegible]220533082 | | | |
| Return Receipt | | | $[illegible] |
| Tracking #: | | | |
| 9590 94[illegible] 6617 1028 [illegible]20 54 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0.58 | | | |
| Total | | | [illegible] |
| First-Class Mail® Letter | [illegible] | | [illegible] |
| [illegible] | | | |
| [illegible] | | | |
| Estimated Delivery Date | | | |
| Thu 04/07/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70030500000220533075 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6617 1028 8820 47 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0.58 | | | |
| Total | | | $6.80 |
| First-Class Mail® Letter | 1 | | $1.18 |
| Washington, DC 20260 | | | |
| Weight: 0 lb 3.40 oz | | | |
| Estimated Delivery Date | | | |
| Thu 04/07/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70030500000220533013 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6989 1225 7127 38 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0.58 | | | |
| Total | | | $7.40 |
| First-Class Mail® Letter | 1 | | $1.18 |
| Washington, DC 20260 | | | |
| Weight: 0 lb 3.40 oz | | | |
| Estimated Delivery Date | | | |
| Thu 04/07/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| [illegible] | | | |
| Return Receipt | | | $[illegible] |
| Tracking #: | | | |
| 9590 9402 6989 1225 7127 14 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0.58 | | | |
| Total | | | |

Exhibit (A) #1 of 4.



LOOP CLARK STREET
211 S CLARK ST
CHICAGO, IL 60604-9998
(800)275-8777

04/04/2022 04:10 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.18 |
| Evergreen Park, IL 60805 | | | |
| Weight: 0 lb 3.40 oz | | | |
| Estimated Delivery Date | | | |
| Wed 04/06/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: 70030500000220533037 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: 9590 9402 6989 1225 7127 07 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0.58 | | | |
| Total | | | $7.40 |

Grand Total: $35.80

Cash $40.00
Change -$4.20

******************************************
Every household in the U.S. is now eligible to receive a second set of 4 free test kits.
Go to www.covidtests.gov
******************************************

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

Exhibit (A) #2 of 4.

or call 1-800-410-7420.

UFN: 161562-0041

7003 0500 0002 2053 3020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

Washington, DC 20260

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.75 $ | $3.05 |
| Certified Fee | | $0.00 |
| Return Reciept Fee (Endorsement Required) | | $0.00 $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $1.18 $ $7.78 | |

0041
11
Postmark Here
2022
04/04/2022

Sent To United States Postal Service
Street, Apt. No.; or PO Box No. 475, L Enfant Plaza S.W;
City, State, ZIP+4 Washington, D.C, 20260

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
475, L Enfant Plaza S.W;
Washington, D.C. 20260

9590 9402 6989 1225 7127 14

2. Article Number *(Transfer from service label)*

7003 0500 0002 2053 3020

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Glenda Nwude
☒ Agent
☐ Addressee

B. Received by *(Printed Name)* GLENDA NWUDE
C. Date of Delivery 4-13-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

Exhibit(A)#3 of 4.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
475 L Enfant Plaza S.W.;
Washington, D.C. 20260

9590 9402 6989 1225 7127 14

2. Article Number *(Transfer from service label)*

7003 0500 0002 2053 3020

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Glenda Nurick ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* GLENDA NIWUIDE

C. Date of Delivery 4-13-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 6989 1225 7127 14

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman Jr.
9208 S. Kedzie Av. Apt. #BE
Evergreen Park, IL. 60805

Exhibit (A) #4 of 4.

UNITED STATES POSTAL SERVICE.

FINANCE STATION L
4642 S BISHOP ST
CHICAGO, IL 60609-3240
(800)275-8777

06/03/2022 01:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.96 |
| Chicago, IL 60604 | | | |
| Weight: 0 lb 4.30 oz | | | |
| Estimated Delivery Date | | | |
| Mon 06/06/2022 | | | |
| Certified Mail® | | | $3.75 |
| | | | $3.05 |
| | | | [illegible] 76 |
| Mail® | | | $1 [illegible]6 |
| ...ge | | | |
| Weight: 0 lb 4... | | | |
| Estimated Delive... | | | |
| Mon 06/06/202... | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 7021035[illegible]188396111 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6617 1028 8840 2... | | | |
| Total | | | [illegible] |
| First-Class M... | | | [illegible].96 |
| Large Envelo... | | | |
| Evergreen... | | | |
| Weight: 0 ... | | | |
| Estimated D... | | | |
| Mon 06/0... | | | |
| Certified Mail® | | | $3.75 |
| Tracking ... | | | |
| Return Re... | | | $[illegible] |
| | | | [illegible].76 |

Grand Total: $26.28

Cash $30.00
Change -$3.72

https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds [illegible] guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Po...
[illegible] this code with your mobile device

...-800-4...

Exhibit(B)#1 of 4.





Service™
D MAIL™ RECEIPT

tion visit our website at www.usps.com®
DC 20260

$3.05
$0.00
$0.00
$0.00
$0.00

0041
11

Postmark Here

04/04/2022

ster General
uis DeJoy
L Enfant Plaza S.W;
on D.C. 20260

See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postmaster General
Mr. Louis DeJoy
475 L, Enfant Plaza S.W;
Washington, D.C. 20260

9590 9402 6989 1225 7127 38

2. Article Number (Transfer from service label)

7003 0500 0002 2053 3013

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Office of the PMG APR 13 2022 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☑ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

vice™
MAIL® RECEIPT

, visit our website at www.usps.com®.
20260

$3.05
$0.00
$0.00
$0.00
$0.00

0092
15

Postmark Here

06/03/2022

er General
DeJoy
fant Plaza S.W.,
n, D.C 20260

7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postmaster General
Mr. Louis DeJoy
475, L Enfant Plaza S.W.,
Washington, D.C 20260

9590 9402 6617 1028 8840 27

2. Article Number (Transfer from service label)

7021 0350 0001 8839 6111

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Received Office of the PMG JUN 07 2022 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☑ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

rvice™
MAIL® RECEIPT

n, visit our website at www.usps.com®.
C 20260

$3.05
$0.00
$0.00
$0.00
$0.00

0092
15

Postmark Here

06/24/2022

ejoy PMG

Exhibit(B)#2 of 4.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postmaster General
Mr. Louis DeJoy
475 L Enfant Plaza S.W.,
Washington, D.C. 20260

9590 9402 6617 1028 8840 27

2. Article Number (Transfer from service label)

7021 0350 0001 8839 6111

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X — RECEIVED Office of the PMG — ☐ Agent ☐ Addressee

B. Received by (Printed Name) — JUN 07 2022

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

CAROL STREAM IL 601
15 JUN 2022 PM 9 L

9590 9402 6617 1028 8840 27

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman Jr.
9208 S. Kedzie Av. Apt. #BE
Evergreen Park, IL. 60805

PITT208 601 CE 1 N C0106/28/22
UNABLE TO FORWARD/FOR REVIEW
**C005**

FWD BC: 60805250008 DU *3086-03097-16-26

A — V

Exhibit (B) #3 of 4.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postmaster General
Mr. Louis DeJoy
475 L, Enfant Plaza S.W.;
Washington, D.C. 20260

9590 9402 6989 1225 7127 38

2. Article Number (Transfer from service label)

7003 0500 0002 2053 3013

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X — Office of the PMG — ☐ Ag[ent] ☐ Ad[dressee]

APR 13 2022

B. Received by (Printed Name)

C. Date of [Delivery]

D. Is delivery address different from item 1? ☐ Ye[s]
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Exp[ress]
- ☒ Registered Mail
- ☐ Registered Mail [Restricted] Delivery
- ☒ Signature Confi[rmation]
- ☐ Signature Confi[rmation] Restricted Deliv[ery]

Domestic Return [Receipt]

USPS TRACKING #

9590 9402 6989 1225 7127 38

First-Class Mail
Postage & Fees Pa[id]
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman JR.
9208 S. Kedzie Av. Apt. #BE
Evergreen Park, IL. 60805

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
Washington, DC 20260
OFFICIAL USE
Postage $3.75
Certified Fee $3.05 $0.00
Return Reciept Fee (Endorsement Required) $0.00 $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $1.18
0041
11
Postmark Here
STATION CHICAGO IL
2022
04/04/2022
Sent To Postmaster General
Mr. Louis DeJoy
Street, Apt. No.; or PO Box No. 475 L'Enfant Plaza S.W.
City, State, ZIP+4 Washington D.C. 20260
PS Form 3800, June 2002 See Reverse for Instructions
7003 0500 0002 2053 3013

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
Evergreen Park, IL 60805
OFFICIAL USE
Postage $3.75
Certified Fee $3.05 $0.00
Return Reciept Fee (Endorsement Required) $0.00 $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $1.18
0041
11
Postmark Here
2022
04/04/2022
Sent To United States Post Office
Teneka Lewis Supervisor
Street, Apt. No.; or PO Box No. 9359 South Kedzie Avenue
City, State, ZIP+4 Evergreen Park, IL. 60805
PS Form 3800, June 2002 See Reverse for Instructions
7003 0500 0002 2053 3037

CERTIFIED MAIL RECEIPT
Domestic Mail Only
usps.com
Washington, DC 20260
OFFICIAL USE
Certified Mail Fee $3.75
$ $3.05
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $ $0.00
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $
Postage $ $1.96
Total Postage and Fees $ $8.76
0092
15
Postmark Here
06/03/2022
Sent To Postmaster General
Mr. Louis DeJoy
Street and Apt. No., or PO Box No. 475 L'Enfant Plaza S.W.
City, State, ZIP+4 Washington, D.C. 20260
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7021 0350 0001 8839 1

CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
Evergreen Park, IL 60805
OFFICIAL USE
Certified Mail Fee $3.75
$ $3.05
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $ $0.00
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $ $0.00
Postage $ $0.58
Total Postage and Fees $ $7.38
0151
13
Postmark Here
MAY 2022
05/17/2022
Sent To USPS in/c Teneka Lewis
Street and Apt. No., or PO Box No. 9359 S. Kedzie Ave.
City, State, ZIP+4 Evergreen Park, IL. 60805
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7021 2720 0001 2231 3517

Domestic Mail Only
For delivery information, visit our website at www.usps.com
Washington, DC 20260
OFFICIAL USE
Certified Mail Fee $3.75
$ $3.05
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $ $0.00
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $
Postage $ $1.56
Total Postage and Fees $ $8.36
0092
15
Postmark Here
06/24/2022
Sent To Louis DeJoy PM/G
Street and Apt. No., or PO Box No. 475 L'Enfant Plaza S.W.
City, State, ZIP+4 Washington D.C. 20260
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7019 1640 0000 4665 5113

Domestic Mail Only
For delivery information, visit our website at www.usps.com
Evergreen Park, IL 60805
OFFICIAL USE
Certified Mail Fee $3.75
$ $3.05
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $ $0.00
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $
Postage $ $1.96
Total Postage and Fees $ $8.76
0092
15
Postmark Here
06/03/2022
Sent To Teneka Lewis USPS
USPS Supervisor
Street and Apt. No., or PO Box No. 9359 South Kedzie Av.
City, State, ZIP+4 Evergreen Park, IL. 60805
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7021 0350 0001 8839 6098

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
Washington, DC 20260
OFFICIAL USE
Postage $3.75
Certified Fee $3.05 $0.00
Return Reciept Fee (Endorsement Required) $0.00 $0.00
Restricted Delivery Fee (Endorsement Required) $1.18
0041
11
Postmark Here
STATION CHICAGO IL
2022
1500 0002 2053 3020

CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
Evergreen Park, IL 60805
OFFICIAL USE
Certified Mail Fee $3.75
$ $3.05
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $ $0.00
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $
Postage $1.56
0092
15
Postmark Here
0 0000 4665 5406

Exhibit (B)
#4 of 4.



HENRY W MCGEE
4601 S COTTAGE GROVE AVE
CHICAGO, IL 60653-9998
(800)275-8777

05/17/2022 02:33 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.58 |
| Evergreen Park, IL 60805 | | | |
| Weight: 0 lb 0.60 oz | | | |
| Estimated Delivery Date Thu 05/19/2022 | | | |
| Certified Mail® Tracking #: 70212720000122313517 | | | $3.75 |
| Return Receipt Tracking #: 9590 9402 5902 0049 9586 28 | | | $3.05 |
| Total | | | $7.38 |

Grand Total: $7.87

Cash $8.00
Change -$0.13

****************************************
Every household in the U.S. is now
eligible to receive a ...
of 4 free test kits.
Go to www.covidtests.gov
********************************

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

Exhibit (C) #1 of 3.

UFN: 161525-0151
Receipt #: 840-56060064-2-4577324-1
Clerk: 13

Service
D MAIL™ RECEIPT
Only; No Insurance Coverage Provided)
ation visit our website at www.usps.com®

'ark, IL 60805

OFFICIAL USE

75 $3.05 $0.00 $0.00 $0.00 $0.00 0041 11

Postmark Here 2022

18 04/04/2022

...d States Post Office
Lewis Supervisor
...59 South Kedzie Avenue
... Park, IL. 60805

See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Temeka Lewis Supervisor
United States Post Office
9359 South Kedzie Avenue
Evergreen Park, IL. 60805

9590 9402 6989 1225 7127 07

2. Article Number (Transfer from service label)

7003 0500 0002 2053 3037

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Service™
nly
ation, visit our website at www.usps.com®.

'ark, IL 60805

OFFICIAL USE

75 $3.05 $0.00 $0.00 $0.00 $0.00 0151 13

Postmark Here MAY 2022 CHICAGO IL 60653

58
38 05/17/2022

... Temeka Lewis
... Kedzie Ave.
... Park, IL. 60805

15 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USPS INC Temeka Lewis
9359 S. Kedzie Ave.
Evergreen Park, IL.
60805

9590 9402 5902 0049 9586 23

2. Article Number (Transfer from service label)

7021 2720 0001 2231 3517

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X T. Lewis ☐ Agent ☐ Addressee

B. Received by (Printed Name) T. Lewis C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit (C) # 2 of 3.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Evergreen Park, IL 60805

OFFICIAL USE

Certified Mail Fee $3.75
$ $3.05 0092 15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $ $1.56
Total Postage and Fees $ $8.36 06/24/2022

Sent To Temeka Lewis / USPS
Street and Apt. No., or PO Box No. 9359 S Kedzie Ave.
City, State, ZIP+4® Evergreen Park IL 60805

7019 1640 0000 4665 5406

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Evergreen Park, IL 60805

OFFICIAL USE

Certified Mail Fee $3.75
$ $3.05 0092 15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $ $1.96
Total Postage and Fees $ $8.76 06/03/2022

Sent To Temeka Lewis USPS
USPS Supervisor
Street and Apt. No., or PO Box No. 9359 South Kedzie Av.
City, State, ZIP+4® Evergreen Park IL 60805

7021 0350 0001 8839 6098

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USPS W/C Tonieka Lewis
9359 S. Kedzie Ave -
Evergreen Park, IL.
60805

9590 9402 5902 0049 9586 23

2. Article Number *(Transfer from service label)*

7021 2720 0001 2231 3517

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. Lewis
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* T. Lewis

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☑ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5902 0049 9586 23

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman Jr.
9208 S. Kedzie Av. Apt. #BE
Evergreen Park, IL. 60805

Exhibit (C) #3 of 3.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Temeka Lewis Supervisor
United States Post Office
9359 South Kedzie Avenue
Evergreen Park, IL. 60805

9590 9402 6989 1225 7127 07

2. Article Number *(Transfer from service label)*

7003 0500 0002 2053 3037

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ A
☐ A

B. Received by *(Printed Name)*

C. Date o

D. Is delivery address different from item 1? ☐ Y
If YES, enter delivery address below: ☐ N

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail E
- ☑ Registered Ma
- ☐ Registered Ma Delivery
- ☑ Signature Con
- ☐ Signature Con Restricted Deli

Domestic Return

USPS TRACKING #

9590 9402 6989 1225 7127 07

United States Postal Service

First-Class Mail
Postage & Fees Pai
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman Jr.
9208 S. Kedzie Av. Apt. #BE
Evergreen Park, IL. 60805



FINANCE STATION H
10238 S VINCENNES AVE
CHICAGO, IL 60643-1301
(800)275-8777

06/30/2022 09:42 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.58 |
| Chicago, IL 60604 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 07/02/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350 [illegible] 96081 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 95[illegible] 9402 74[illegible] 4673 83 | | | |
| Affixed Postage | | | -$0.58 |
| Affixed Amount: $0. | | | |
| Total | | | $6.80 |
| Grand | | | $6.80 |
| Cash | | | $20.00 |
| Change | | | -$13.20 |

****************************************
Every household in the U.S. is now
eligible to receive a third [illegible]
of 8 free test kits.
Go to www.covidtests.gov
****************************************

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 161565-0433
Receipt #: 840-56060052-2-3733414-2
Clerk: 3

Exhibit(D)#1of5.

United States Attorney
Northern District of Illinois

Attention: Thomas P. Walsh
Assistant United States Attorney
219 South Dearborne, Street Fifth Floor
Chicago, Illinois 60604.

Mr. Walsh Sir!
I served! USPS employee's Supervisor Temeka Lewis Certified Mail, Registered Mail, returned receipt. USPS #70030500000220533037, May 26, 2022; Evergreen Park, Il. 60805! 3:54 (pm).

Assistant United States Attorney Thomas P. Walsh, Ive served resently document USPS #7019 1640 0000 4665 5406; at 8:47 (am). Certified Mail, Registered Mail, returned receipt. On June 25, 2022 in Evergreen Park, Il. 60805!

Temeka Lewis USPS employee's Supervisor refused Service. Assistant United States Attorney Thomas P. Walsh. Are you representing USPS employee's Supervisor: Temeka Lewis 9359 South Kedzie Avenue, Evergreen Park, Il. 60805? Sir!

Ricardo Pittman Jr. USPS #70210350000188396081
[signature] 6-28-22
9208 S. Kedzie Ave. APT. #BE
EVERGREEN PARK, IL. 60805
ricardojrpittman@yahoo.com
#1-630-235-8209

OFFICIAL SEAL
ETTA RAE DOUGLAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUL. 17, 2023

Etta Rae Douglas
06/28/2022

Exhibit (D) #2 of 5.



COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Attorney
Northern District of IL.
Thomas P. Walsh
219 South Dearborne St.
Chicago, IL. 60604 5th FL.

9590 9402 7422 2055 4673 83

2. Article Number (Transfer from service label)
7021 0350 0001 8839 6081

A. Signature
X Peter Hunt ☒ Agent ☐ Addressee

B. Received by (Printed Name) PETER HUNT

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL - 7 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
sured Mail
sured Mail Restricted Delivery
ver $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

S SUBURBAN IL 604
7 JUL 2022 PM 6 L

9590 9402 7422 2055 4673 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Ricardo Pittman JR.
9208 S. Kedzie Ave. APT. #BE
Evergreen Park, IL 60805

NIXIE 601 CE 1 0107/17/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK

MANUAL PROC REQ *0461-00840-07-46

Exhibit(D) #3 of 5.





l Service™

rmation, visit our website at www.usps.com®.

L 60604

FICIAL USE

3.75 | 0092 | 15

$3.05

check box, add fee as appropriate)

py) $ $0.00

nic) $ $0.00

d Delivery $ $0.00

ed $ $0.00

ted Delivery $

.96

Postmark Here

06/03/2022

s .76

AS P. WALSH

STATES ATTORNEY

PO Box No.

. DEARBORN ST. 5th FL

30, ILLINOIS 60604

2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas P. Walsh
United States Attorney
Northern District of IL.
Dirksen Fed. Courthouse
219 S. Dearborn St. 5th FL
Chicago, Illinois 60604

9590 9402 6617 1028 8841 02

2. Article Number *(Transfer from service label)*

7021 0350 0001 8839 6104

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Phillip Kachli

C. Date of Delivery: 6-10-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

l Service™

L 60604

FICIAL USE

3.75 | 0092 | 15

$3.05

check box, add fee as appropriate)

py) $ $0.00

nic) $ $0.00

d Delivery $ $0.00

ed $ $0.00

ted Delivery $

1.56

Postmark Here

06/24/2022

es 3.36

S P. Walsh

STATES, ATTORNEY

PO Box No.

uth Dearborn St. 5th FL.

Illinois 60604

2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas P Walsh
United States, Attorney
Dirksen Fed Courthouse
219 South Dearborn St, 5th FL.
Chicago, Illinois 60604

9590 9402 3877 8060 6986 04

2. Article Number *(Transfer from service label)*

7019 1640 0000 4665 5420

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Peter Hunt ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*: Peter Hunt

C. Date of Delivery: JUN 28 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

l Service™

FICIAL USE

3.75 | 0433 | 3

$3.05

check box, add fee as appropriate)

py) $ $0.00

nic) $ $0.00

d Delivery $ $0.00

d $ $0.00

ed Delivery $

Postmark Here

JUL - 8 2022

07/08/2022

s P. Walsh

ed States Attorney

PO Box No.

Dearborn St. 5th FL.

IL 60604

015 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit (D) #4 of 5.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas P. Walsh
Asst. United States Attorney
219 South Dearborn St. 5th FL.
Chicago, IL. 60604

9590 9402 7422 2055 4745 10

2. Article Number *(Transfer from service label)*

7021 0350 0001 8840 9293

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*: Peter Hunt

C. Date of Delivery: JUL 12 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THOMAS P. Walsh
United STATES ATTORNEY
NORTHERN DISTRICT of IL.
Dirksen Fed. Courthouse
219 S. DEARBORN ST. 5th FL
Chicago, Illinois 60604

9590 9402 6617 1028 8841 02

2. Article Number *(Transfer from service label)*
7021 0350 0001 8839 6104

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* PHILLIP KACHI

C. Date of Delivery 6-10-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #
9590 9402 6617 1028 8841 02

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•
Ricardo Pittman Jr.
9208 S. Kedzie Av. APT. #BE
Evergreen Park, IL. 60805

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THOMAS P. Walsh
United States Attorney
Dirksen Fed Courthouse
219 South Dearborn St. 5th FL
Chicago, Illinois 60604

9590 9402 3877 8060 6986 04

2. Article Number *(Transfer from service label)*
7019 1640 0000 4665 5420

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* Peter Hunt

C. Date of Delivery JUN 2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #
9590 9402 3877 8060 6986 04

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•
Ricardo Pittman Jr.
9208 S. Kedzie Av. A1
Evergreen Park, IL. 60805

Exhibit (D) #5 of 5.