# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RICARDO PITTMAN, JR.,

Plaintiff(s),

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendant(s).

Case No. 1:22-cv-1433
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Defendants motion to dismiss (Dckt. No. [46]) is hereby granted. This matter is hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 12/20/2023                    Thomas G. Bruton, Clerk of Court

                                    Jessica J. Ramos, Deputy Clerk